RECEIVED
BY MAIL
JUN 2 6 2006
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO

# UNITED STATES OF AMERICA
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**MEMBERS:**

Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

Judge Anthony J. Scirica
United States Court of Appeals
Third Circuit

**DIRECT REPLY TO:**

Jeffery N. Lüthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:       [202] 502-2888

http://www.jpml.uscourts.gov

June 20, 2006

James G. Woodward, Clerk
3.300 Thomas F. Eagleton U.S. Courthouse
111 South Tenth Street
St. Louis, MO 63102-1116

Re: MDL-1553 -- In re Silica Products Liability Litigation

> *Dwight R. Johnson v. 3M Co.*, E.D. Missouri, C.A. No. 4:05-1357  DDN
> *Dwight Parker v. 3M Co.*, E.D. Missouri, C.A. No. 4:05-1358  TCM

Dear Mr. Woodward:

I am enclosing a certified copy of an order filed today by the Panel involving the above-captioned matter.

> Very truly,
>
> Jeffery N. Lüthi
> Clerk of the Panel
>
> By _____
> Deputy Clerk

Enclosure

cc:  Transferee Judge:  Judge Janis Graham Jack
     Transferor Judges:  Judge Thomas C. Mummert, III; Judge David D. Noce

JPML Form 87


A CERTIFIED TRUE COPY

JUN 2 0 2006

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUN 20 2006

FILED
CLERK'S OFFICE

DOCKET NO. 1553

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE SILICA PRODUCTS LIABILITY LITIGATION

*Dwight R. Johnson v. 3M Co.*, E.D. Missouri, C.A. No. 4:05-1357
*Dwight Parker v. 3M Co.*, E.D. Missouri, C.A. No. 4:05-1358

### BEFORE WM. TERRELL HODGES, CHAIRMAN, JOHN F. KEENAN, D. LOWELL JENSEN, J. FREDERICK MOTZ, ROBERT L. MILLER, JR., KATHRYN H. VRATIL AND DAVID R. HANSEN, JUDGES OF THE PANEL

### ORDER VACATING CONDITIONAL TRANSFER ORDER

Presently before the Panel are motions, pursuant to Rule 7.4, R.P.J.P.M.L., 199 F.R.D. 425, 435-36 (2001), by plaintiff in each action and the sole defendant in both actions, 3M Co., to vacate the Panel's orders conditionally transferring these actions to the Southern District of Texas for inclusion in MDL-1553 proceedings.

On the basis of the papers filed and hearing session held, the Panel finds that inclusion of these two actions in MDL-1553 is not appropriate in light of the unanimous opposition of all parties to inclusion of the actions in Section 1407 proceedings and the fact that MDL-1553 proceedings are winding down.

IT IS THEREFORE ORDERED that the Panel's conditional transfer orders designated as "CTO-16" (filed on March 3, 2006) and "CTO-17" (filed on March 14, 2006) are VACATED.

FOR THE PANEL:

Wm. Terrell Hodges
Chairman

DOCKET NO. 1553

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE SILICA PRODUCTS LIABILITY LITIGATION

*Dwight R. Johnson v. 3M Co.*, E.D. Missouri, C.A. No. 4:05-1357
*Dwight Parker v. 3M Co.*, E.D. Missouri, C.A. No. 4:05-1358

### BEFORE WM. TERRELL HODGES, CHAIRMAN, JOHN F. KEENAN, D. LOWELL JENSEN, J. FREDERICK MOTZ, ROBERT L. MILLER, JR., KATHRYN H. VRATIL AND DAVID R. HANSEN, JUDGES OF THE PANEL

### ORDER VACATING CONDITIONAL TRANSFER ORDER

Presently before the Panel are motions, pursuant to Rule 7.4, R.P.J.P.M.L., 199 F.R.D. 425, 435-36 (2001), by plaintiff in each action and the sole defendant in both actions, 3M Co., to vacate the Panel's orders conditionally transferring these actions to the Southern District of Texas for inclusion in MDL-1553 proceedings.

On the basis of the papers filed and hearing session held, the Panel finds that inclusion of these two actions in MDL-1553 is not appropriate in light of the unanimous opposition of all parties to inclusion of the actions in Section 1407 proceedings and the fact that MDL-1553 proceedings are winding down.

IT IS THEREFORE ORDERED that the Panel's conditional transfer orders designated as "CTO-16" (filed on March 3, 2006) and "CTO-17" (filed on March 14, 2006) are VACATED.

FOR THE PANEL:

Wm. Terrell Hodges
Chairman

JUDICIAL PANEL ON MULTIDISTRICT LITIG
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, N.E.
Room G-255, North Lobby
Washington, DC 20002-8004

OFFICIAL BUSINESS

**CERTIFIED MAIL**

7004 2510 0004 2163 0566



Hasler
Mailed From 20002
06/20/2006
US POSTAGE
$04.640
016H16502830

James G. Woodward, Clerk
3,300 Thomas F. Eagleton U.S. Courthouse
111 South Tenth Street
St. Louis, MO 63102-1116

RECEIVED BY MAIL
JUN 2 6 2006



U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS